# MICHAEL L. FOY

ATTORNEY AT LAW
935 MAIN STREET, SUITE 203
SPRINGFIELD, MASSACHUSETTS 01103

TELEPHONE (413) 781-1106

FACSIMILE (413) 739-7868

December 11, 2006

Sent via fax @ 785-0204

Ms. Elizabeth French
U.S. Attorney's Office
1550 Main Street, Suite 310
Springfield, MA 01103

RE:     United States of America vs. Michael P. Hallihan
        Criminal No. 04-30032-MAP

Dear Ms. French:

This to confirm our telephone conversation of same date relative to the above-captioned matter. Mr. Hallihan has offered a change of plea which will be heard on Thursday, December 14, 2006.

Mr. Hallihan is therefore withdrawing his motions which were scheduled for today. Thank you for your anticipated cooperation in this matter.

Very truly yours,

Michael L. Foy

MLF/dar